```
                    IN THE UNITED STATES BANKRUPTCY COURT
                          SOUTHERN DISTRICT OF OHIO

                                          CASE NO. 07-16295
                                          CHAPTER 13
                                          JUDGE JEFFERY P. HOPKINS
IN RE:
    JOELENE MAYABB
    1824 KENWAY PLACE
    MIDDLETOWN, OHIO
     45044
    SSN(1):XXX-XX-1884
--------------------------------------------------------------------------------
                      NOTICE OF INTENTION TO PAY CLAIMS
--------------------------------------------------------------------------------
     The Chapter 13 Trustee, Margaret A. Burks hereby gives Notice of her Intent
to pay the claims of creditors named in the amounts set forth below, pursuant
to 11 U.S.C. Section 502 and Federal Rule of Bankruptcy Procedure 3002.
--------------------------------------------------------------------------------
NAME/ADDRESS OF CREDITOR          PERCENTAGE     AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
ATTORNEY GENERAL-STATE OF OHIO       2.90       1009.97    UNSECURED CREDITOR
COLLECTION ENFORCEMENT                                     CRED/CLM#:246699/0005
150 E. GAY STREET, 21ST FLOOR                              ACCT:
COLUMBUS, OHIO          43215                              COMM:
--------------------------------------------------------------------------------
CAPITAL ONE                          2.90           .00    UNSECURED CREDITOR
%TSYS DEBT MANAGEMENT                        CLAIM NOT FILED CRED/CLM#:057057/0007
P.O. BOX 5155                                              ACCT:3855
NORCROSS, GA            30091                              COMM:
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE           100.00      12961.20    VEHICLE
P.O. BOX 201347                                            CRED/CLM#:018926/0001
ARLINGTON, TX                                              ACCT:6458850/328354
                        76006                              COMM:07 CHEV HHR
--------------------------------------------------------------------------------
CASHLAND FINANCIAL                   2.90        501.43    UNSECURED CREDITOR
17 TRIANGLE PARK                                           CRED/CLM#:060349/0008
CINCINNATI, OHIO                                           ACCT:1884
                        45246                              COMM:
--------------------------------------------------------------------------------
CITIFINANCIAL                      100.00        500.00    SECURED CREDITOR
P.O. BOX 70923                                             CRED/CLM#:136333/0002
CHARLOTTE, NC                                              ACCT:0500460301780
                        28272                              COMM:
--------------------------------------------------------------------------------
CITIFINANCIAL                        2.90       8762.02    UNSECURED CREDITOR
P.O. BOX 70923                                             CRED/CLM#:136333/2002
CHARLOTTE, NC                                              ACCT:0500460301780
                        28272                              COMM:Split
--------------------------------------------------------------------------------
GE CONSUMER FINANCE                  2.90        489.50    UNSECURED CREDITOR
P.O. BOX 960061                                            CRED/CLM#:287343/0010
ORLANDO, FL                                                ACCT:0915
                        32896                              COMM:CARE CREDIT
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME/ADDRESS OF CREDITOR      PERCENTAGE      AMOUNT   CLASSIFICATION
------------------------------------------------------------------------------
LERNER SAMPSON & ROTHFUSS           .00          .00   NOTICE ONLY
P.O. BOX 5480                                          CRED/CLM#:030799/0017
CINCINNATI, OH                                         ACCT:
                   45201                               COMM:UNION SAVINGS
------------------------------------------------------------------------------
MIAMI VALLEY AMBULATORY SERVIC     2.90          .00   UNSECURED CREDITOR
P.O. BOX 31709                  CLAIM NOT FILED        CRED/CLM#:012771/0009
DAYTON, OHIO                                           ACCT:3417
                   45437                               COMM:
------------------------------------------------------------------------------
MIAMI VALLEY AMBULATORY SERVIC     2.90          .00   UNSECURED CREDITOR
P.O. BOX 31709                  CLAIM NOT FILED        CRED/CLM#:012771/0012
DAYTON, OHIO                                           ACCT:
                   45437                               COMM:
------------------------------------------------------------------------------
MIDFIRST CREDIT UNION              2.90       300.99   UNSECURED CREDITOR
3600 TOWNE BOULEVARD                                   CRED/CLM#:113557/0013
FRANKLIN, OHIO                                         ACCT:LOAN # 75
                   45005                               COMM:
------------------------------------------------------------------------------
NATIONAL CASH ADVANCE              2.90          .00   UNSECURED CREDITOR
627B SOUTH BREIEL BLVD          CLAIM NOT FILED        CRED/CLM#:136994/0014
MIDDLETOWN, OHIO                                       ACCT:
                   45042                               COMM:
------------------------------------------------------------------------------
RECOVERY MANAGEMENT SYSTEMS         .00          .00   NOTICE ONLY
25 SE 2ND AVENUE                                       CRED/CLM#:314793/0016
SUITE 1120                                             ACCT:
MIAMI, FL          33131                               COMM:
------------------------------------------------------------------------------
UNION SAVINGS BANK               100.00      2416.59   MORTGAGE ARREARS
8534 E. KEMPER ROAD                                    CRED/CLM#:108031/0003
CINCINNATI, OHIO                                       ACCT:641-2
                   45249                               COMM:1ST MORT
------------------------------------------------------------------------------
UNION SAVINGS BANK               100.00      3483.07   ONGOING MORTGAGE
8534 E. KEMPER ROAD                                    CRED/CLM#:108031/0004
CINCINNATI, OHIO                                       ACCT:641-2
                   45249                               COMM:JAN.,2008-MAY 2008
------------------------------------------------------------------------------
UNION SAVINGS BANK               100.00       683.05   ONGOING MORTGAGE
8534 E. KEMPER ROAD                                    CRED/CLM#:108031/0018
CINCINNATI, OHIO                                       ACCT:641-2
                   45249                               COMM:BEGIN IN JUNE 2008
------------------------------------------------------------------------------
VERIZON                            2.90          .00   UNSECURED CREDITOR
BANKRUPTCY ADMINISTRATION       CLAIM NOT FILED        CRED/CLM#:052863/0015
404 BROCK DRIVE                                        ACCT:0001
CAROL STREAM, IL   60197                               COMM:
------------------------------------------------------------------------------
```

```
           PAGE   3 - CHAPTER 13 CASE NO. 07-16295

-------------------------------------------------------------------------------
NAME/ADDRESS OF CREDITOR        PERCENTAGE     AMOUNT  CLASSIFICATION
-------------------------------------------------------------------------------
VICTORIA D. GARRY, ESQ.               .00        .00  NOTICE ONLY
ASST. ATTORNEY GENERAL - OHIO                         CRED/CLM#:186994/0006
1600 CAREW TOWER, 441 VINE ST                         ACCT:
CINCINNATI, OHIO       45202                          COMM:
-------------------------------------------------------------------------------
eCAST SETTLEMENT CORP                2.90     434.03  UNSECURED CREDITOR
P.O. BOX 35480                                        CRED/CLM#:264951/0011
NEWARK, NJ                                            ACCT:2339
                       07193                          COMM:
-------------------------------------------------------------------------------
```

   The percentage in this case has been calculated to be   2.90%
at a minimum.  If this is a pot plan, and if additional claims are filed,
otherwise withdrawn or disallowed, the percentage in this case may
be adjusted.

   Any objection to a claim must be filed pursuant to LBR 3007-1.
File an objection to the CLAIM, not to the Notice.

   When relief from stay is granted, or the claim has otherwise


been paid, the claim balance due will be reflected at zero.

                              /s/   Margaret A. Burks, Esq.
                                    _____
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney Reg. No. OH 0030377
                                    36 East 4th Street, Suite 900
                                    Cincinnati, Ohio  45202
                                    513-621-4488
                                    513-621-2643 (facsimile)
                                    mburks@cinn13.org - correspondence only
                                    Cincinnati@cinn13.org - Court filings



                                 NOTICE

    If the relief sought in this Notice of Intention to Pay Claim(s) is
 opposed, a written response to the Notice of Intention to Pay Claim(s)
 must be filed within twenty (20) days of the date of service as set forth
 in the certificate of service.  The Court is authorized to grant the
 relief requested without further notice should a timely response not
 be filed.